IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LADALE PACE | : CIVIL ACTION |
| | : |
| v. | : NO. 22-3050 |
| | : |
| IRWIN, DEPUTY SUPERINTENDENT, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : |

## ORDER

AND NOW, this 19th day of December 2022, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 1), the Response to the Petition (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

2. We **DENY** a certificate of appealability; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.